UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RODNEY GOOD, and IRON WORKERS OF TENNESSEE VALLEY AND VICINITY WELFARE FUND, IRON WORKERS OF TENNESSEE VALLEY AND VICINITY PENSION FUND, and IRON WORKERS OF TENNESSEE VALLEY AND VICINITY ANNUITY FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CONCRETE ERECTORS, INC., and THOMAS F. ALLEN, <br><br> Defendants. | Civil Action No. 3:21-cv-00336 <br><br> *Judge Waverly D. Crenshaw* <br> *Magistrate Judge Barbara D. Holmes* |

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS

Rodney Good ("Trustee") and Iron Workers Tennessee Valley And Vicinity Welfare Fund, Iron Workers Tennessee Valley And Vicinity Pension Fund, and Iron Workers Tennessee Valley And Vicinity Annuity Fund ("Plaintiff Funds") voluntarily dismiss their complaint without prejudice. This action is not subject to Fed. R. Civ. P. 23(e), 23.1(c), 23.2, or 66, and the opposing party has not served an answer or a motion for summary judgment.

Respectfully submitted,

/s/ *R. Jan Jennings*
R. Jan Jennings, BPR No. 1536
Karla M. Campbell, BPR No. 27132
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Tel. (615) 254-8801
Email: janj@bsjfirm.com
karlac@bsjfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via electronic and/or first-class U.S. Mail, postage pre-paid to:

      Concrete Erectors, Inc.      Thomas F. Allen
      Thomas F. Allen           321 Spring Hollow Road
      2139 W. State Road 434,   Apopka, FL 32712
      Suite 101
      Longwood, FL 32779

Dated this 11th day of May 2021.

                                               /s/ *R. Jan Jennings*
                                                 R. Jan Jennings