UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RODNEY GOOD, <br> IRON WORKERS OF TENNESSEE <br> VALLEY AND VICINITY WELFARE <br> FUND, <br> IRON WORKERS OF TENNESSEE <br> VALLEY AND VICINITY PENSION <br> FUND, and <br> IRON WORKERS OF TENNESSEE <br> VALLEY AND VICINITY ANNUITY <br> FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CONCRETE ERECTORS, INC., and <br> THOMAS F. ALLEN, <br><br> Defendants. | NO. 3:21-cv-00336 |

## ORDER

The Plaintiffs have filed a Notice of Voluntary Dismissal. (Doc. No. 7) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE